IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAY 25 2007
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:07mj 108 |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| JIMMIE JOE LATIMER ) | |
| ) | |
| Defendant. ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal this file until further order of the Court.

IT IS SO ORDERED, this 25th day of May, 2007, at 10:05 am.

_____
CARL HORN III
UNITED STATES MAGISTRATE JUDGE