# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:07MJ108-H
### 3:07CR229-W

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **ORDER** |
| **JIMMY JOE ROSS LATIMER,** | |
| Defendant. | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Provide Transportation to Indigent Defendant for Sentencing Hearing" (document #14) filed July 28, 2008. The Defendant seeks roundtrip transportation between California and Charlotte, North Carolina, to appear at his sentencing hearing scheduled for August 18, 2008, before the Honorable Frank D. Whitney.

The Court finds that the Defendant remains indigent and that it serves the ends of justice to provide him roundtrip transportation between California and North Carolina. Further, the Court notes that an arrest warrant was issued for the Defendant July 22, 2008. Defense counsel has notified the undersigned that the Defendant was arrested, but then released. Accordingly, the need for transportation to the sentencing remains.

**IT IS THEREFORE ORDERED**:

1. That the Marshals provide and arrange roundtrip transportation for the Defendant between California (the exact location to be communicated by defense counsel to the Marshal's office) and Charlotte, North Carolina, on or before August 17, 2008; and to return on or after August 19, 2008; and

2. That defense counsel contact the United States Marshal's Administrative Officer, Vicki

Kelly (828-771-7403), or in her absence Roma Radcliff, Budget Analyst, to communicate any details the Marshals may need to facilitate this Order.

**SO ORDERED.**

Signed: July 30, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge